438 A.2d 645

Commonwealth v. McPherson, Appellant.

Petition for Allowance of Appeal Denied Jan. 29, 1982.

582

Submitted May 5, 1981. Thomas Bruno, II, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SPAETH and CAVANAUGH, JJ.

The order of the lower court is affirmed.